UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 1 0 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| VALERIE AUSTIN, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) Case No. 4:00CV1122ERW |
| JASON T. SCHROEDER, | ) ) ) |
| Defendant(s). | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the **October 15, 2001** trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 10th day of October, 2001.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/11/01 by gfreeman
                4:00cv1122    Austin vs Schroeder

28:1441 Petition for Removal- Tort/Motor Vehicle (P.I.)

Vincent Banks -  97735              Fax: 314-721-6045
David Butsch  -   2760              Fax: 314-862-1606

SCANNED & FAXED BY:
OCT 11 2001
C. D. D.