IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VALERIE AUSTIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 4:00CV-01122 |
| vs. | ) | |
| | ) | |
| JASON T. SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

So ordered

11/29/2001

FILED

NOV 29 2001

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

## STIPULATION FOR DISMISSAL

Comes now Plaintiff Valerie Austin, by her undersigned counsel, and

pursuant to Rule 41(a)(1) voluntarily dismisses her action against Jason T.

Schroeder in its entirety with prejudice.

Each party to bear its own costs.

BANKS AND ASSOCIATES, P.C.

By: _____

Vincent A. Banks, III
8000 Maryland Avenue, Suite 1260
St. Louis, Missouri, 63105-3752
PHONE: 314-721-4040
FAX: 314-721-6045
Counsel for Plaintiff

GREEN, SCHAAF & JACOBSON, P.C.

By: _____

David T. Butsch #2760
7733 Forsyth, suite 700
St. Louis, Missouri 63105
PHONE: 314-726-1591
FAX: 314-862-1606
Counsel for Defendant

#23

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 11/30/01 by cliddy
                  4:00cv1122    Austin vs Schroeder

28:1441 Petition for Removal- Tort/Motor Vehicle (P.I.)

Vincent Banks -  97735              Fax: 314-721-6045
David Butsch -  2760                Fax: 314-862-1606

SCANNED & FAXED BY:

NOV 3 0 2001

DJO